IN THE SUPREME COURT OF THE STATE OF DELAWARE

REUBEN VANDER,[1]      §
     §
  Petitioner Below,      § No. 180, 2017
  Appellant,      §
     § Court Below—Family Court
  v.      § of the State of Delaware
     §
ELIZABETH DAIGLE,      § File No. CN10-05985
     § Petition No. 16-31694
  Respondent Below,      §
  Appellee.      §

Submitted: October 13, 2017
Decided: October 17, 2017

## **ORDER**

This 17th day of October 2017, it appears to the Court that, on September 28, 2017, the Chief Deputy Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix in this matter on or before September 18, 2017. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice